# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2072
LT Case No. 2003-CF-002939-A

_____

NORMAN BABERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Tim Bower Rodriguez, of Tim Bower Rodriguez, P.A., Tampa, for Appellant.

No Appearance for Appellee.

October 10, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____